**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | Honorable Janet S. Baer |
| Richard B. Norton, | ) | |
| Mary Norton, | ) | |
| Debtors. | ) | Case No. 19-16658 |

### NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO: DEBTORS, DEBTORS' COUNSEL, CHAPTER 13 TRUSTEE:**

Please take notice that on March 17, 2023, at 9:30 a.m., I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in Courtroom 615, of the Everett M. Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, **or** electronically as described below, and present the motion for relief from the automatic stay, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
**Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971 and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.
**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

RIEZMAN BERGER, P.C.

**/s/ Kathryn A. Klein**
Kathryn A. Klein, #06199235
7700 Bonhomme, 7th Floor
St. Louis, MO 63105
(314) 727-0101
Fax (314) 727-1086
kak@riezmanberger.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | Honorable Judge Janet S. Baer |
| Richard B Norton, | ) | |
| Mary Norton, | ) | |
| | ) | Case No. 19-16658 |
| Debtors. | ) | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW U.S. BANK NATIONAL ASSOCIATION ("Movant"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d), for a modification of the automatic stay provisions for cause, and, in support thereof, states the following:

1. Debtors filed a voluntary petition pursuant to Chapter 13 of the United States Bankruptcy Code on June 11, 2019.

2. Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On March 15, 2012, Borrowers, Richard B Norton and Mary E Norton, executed and delivered a Promissory Note ("Note") and a Mortgage ("Mortgage") securing payment of the Note in the principal amount of $137,360.00 to The National Bank. The Mortgage was recorded on March 22, 2012, at Document Number R2012-037391 of the Public Records of DuPage County, Illinois. The loan was transferred to Movant, and upon information and belief, Movant is the holder of the Note. True and accurate copies of documents establishing a perfected security interest and ability to enforce the terms of the Note are attached hereto as Composite Exhibit "A." The documents include copies of the Note with any required indorsements, Recorded Mortgage, Assignments of Mortgage, and any other applicable documentation.

4. The Mortgage provides Movant a lien on the real property located in DuPage County, Illinois, and legally described as in Composite Exhibit "A". This property is located at the street address of: 626 Webster Ave., Wheaton, IL 60187

5. The terms and conditions of the Note and Mortgage are in default due to a failure to make payments from November 1, 2022 through and including January 1, 2023. The total arrears amount of **$5,937.77,** broken down as follows:

| | |
|---|---|
| November 1, 2022 | $1,844.11 |
| (1 of month mortgage payments at $1,844.11) | |
| December 1, 2022 to January 1, 2023 | $3,482.48 |
| (2 of months mortgage payments at $1,741.24) | |
| Attorney's Fees and Costs | $1,038.00 |
| Less Suspense | $(426.82) |
| **Total Arrearage** | **$5,937.77** |

6. As such, Movant's security interest in the subject property is being significantly jeopardized by Debtors' failure to comply with the terms of the subject loan documents while Movant is prohibited from pursuing lawful remedies to protect such interest.

7. As of January 11, 2023, Movant is due the amount of $46,641.84. Documentation supporting this claim is attached hereto as Exhibit "B".

8. Movant respectfully requests the Court grant it relief from the Automatic Stay in this cause pursuant to 11 U.S.C. §362(d)(1) of the Bankruptcy Code, for cause, namely the lack of adequate protection to Movant for its interest in the above stated collateral in that post-petition regular payments are not being made.

9. If Movant is not permitted to enforce its security interest in the collateral or be provided with adequate protection, it will suffer irreparable injury, loss, and damage.

10. Once the stay is terminated, the Debtors will have minimal motivation to insure, preserve, or protect the collateral; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(3).

11. Movant has incurred court costs and attorney's fees in this proceeding and will incur additional fees, costs and expenses in foreclosing the Mortgage and in preserving and protecting the property, all of which additional sums are secured by the lien of the mortgage. Movant seeks an award of its reasonable attorneys' fees and costs of $1,038.00 or alternatively, leave to seek recovery of its reasonable attorneys' fees and costs in any pending or subsequent foreclosure proceeding.

WHEREFORE, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Movant to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, to waive the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(3), to seek recovery of its reasonable attorneys' fees and costs incurred in this proceeding, and to any such further relief as this Honorable Court deems just and appropriate.

RIEZMAN BERGER, P.C.

**/s/ Kathryn A. Klein**
Kathryn A. Klein, #06199235
7700 Bonhomme, 7th Floor
St. Louis, MO.  63105
(314) 727-0101
klein@riezmanberger.com
Attorneys for Movant

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was electronically served using the CM/ECF system to the following on March 3, 2023:

| | |
|---|---|
| David Freydin<br>8707 Skokie Blvd., Ste. 312<br>Skokie IL 60077 | Attorney for Debtors |
| Glenn B. Stearns<br>801 Warrenville Road, Ste. 650<br>Lisle IL 60532 | Chapter 13 Trustee |
| Office of the United States Trustee<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | |

      I further certify that a copy of the foregoing document was served on the following parties by sending postage prepaid, in the United States Mail, by first-class mail to the following on March 3, 2023:

| | |
|---|---|
| Richard B. Norton<br>Mary Norton<br>626 Webster Ave.<br>Wheaton IL 60187 | Debtors |

      **/s/ Kathryn A. Klein**