**STATEMENT OF DEFAULT**

Debtor(s): Richard B. Norton and Mary Norton          Case No. 19-16658   Chapter 13

Moving Creditor:  U.S. BANK NATIONAL ASSOCIATION          Date Case Filed: 6/11/2019

Nature of Relief Sought:     ☒ Lift Stay          ☐ Annul Stay          ☐ Other (describe)_____

Chapter 13:     Date of Confirmation Hearing _____   or Date Plan Confirmed 11/8/2019_____

1.     Collateral

    a.     ☒ Home
    b.     ☐ Car
    c.     ☐ Other (describe)_____

2.     Balance Owed as of Petition Date $79,291.80
       Total of all other Liens against Collateral $

2.     In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing
       the amounts and dates of all payments received from the debtor(s) post-petition:

       _____

3.     Estimated Value of Collateral (*must* be supplied in *all* cases) $111,510.00

4.     Default

    a.     ☐ Pre-Petition Default
           Number of months _____          Amount $_____

    b.     ☒ Post-Petition Default
           i.     ☒ On direct payments to the moving creditor
                      Number of months ____3____          Amount $4,899.77_____
           ii.     ☐ On payments to the Standing Chapter 13 Trustee
                      Number of months _____          Amount $_____

5.     Other Allegations

    a.     ☒ Lack of Adequate Protection §362(d)(1) _____
           i.     ☐ No insurance
           ii.    ☐ Taxes unpaid          Amount $_____
           iii.   ☒ Rapidly depreciating asset _____
           iv.    ☐ Other _____
    b.     ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
    c.     ☐ Other "Cause" § 362(d)(1)
           i.     ☐ Bad Faith (describe)_____
           ii.    ☐ Multiple filings
           iii.   ☐ Other (describe)_____
    d.     Debtor's Statement of Intention regarding the Collateral
           i.     ☐ Reaffirm          ii.    ☐ Redeem
           iii.   ☐ Surrender         iv.    ☐ No Statement of Intentions Filed

Date: March 3, 2023                              **/s/ Kathryn A. Klein**_____
                                                 Attorney for Secured Creditor